District Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. C18-00644-RSL |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| CORVUS EYE PRODUCTIONS LLC, | |
| Respondent. | |

THIS MATTER comes before the Court on Petitioner United States of America's Motion for Judgment by Default against Respondent Corvus Eye Production, LLC (hereinafter "Respondent").

The Court, having reviewed the pleadings and materials in this case, it is hereby **ORDERED** that:

Petitioner's Motion for Judgment by Default is **GRANTED**; and

Respondent is **ORDERED** to produce all "documents" or "records" in its custody or control that are responsive to the Federal Aviation Administration administrative subpoena attached hereto as Appendix A, to CHARLES RALEY, c/o Lisa Melanson, FAA Enforcement Division, Western Team, 1200 District Avenue, Burlington, MA 01803, within 30 days of the date of this Order.

[PROPOSED] ORDER – 1
C18-00644-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 9th day of August, 2018.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge

Presented by:

*/s/ David East*
DAVID R. EAST WSBA #31481
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: david.east@usdoj.gov

[PROPOSED] ORDER – 2
C18-00644-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# APPENDIX A



U.S. Department of Transportation
**Federal Aviation Administration**

Office of the Chief Counsel

Enforcement Division
Western Team
1200 District Avenue
Burlington, MA 01803

**BY FEDERAL EXPRESS and CERTIFIED MAIL, RETURN-RECEIPT REQUESTED**

**March 24, 2017**

Jeremiah Kaynor
Executive Producer & CEO
Corvus Eye Productions LLC
7824 East Fir Street
Port Orchard, WA 98366

**Re:   IN THE MATTER OF THE INVESTIGATION RELATING TO UAS FLIGHT OPERATIONS BY CORVUS EYE PRODUCTIONS LLC**

Enclosed is a subpoena with regard to the above-referenced matter. No personal appearance is necessary if the requested information is provided prior to the return date of this subpoena. Please mail the requested information to the attention of Charles Raley at the address at the top of this letter. If you have any questions, please contact Mr. Raley at (310) 725-7108 or at charles.raley@faa.gov.

Thank you for your cooperation.

Naomi Tsuda
Assistant Chief Counsel for Enforcement

By:   _____
Charles Raley, Senior Attorney
Enforcement Division, Western Team
email: charles.raley@faa.gov
Telephone: (310) 725-7108 (main)
          (310) 725-6816 (fax)

Enclosures

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION
FEDERAL AVIATION ADMINISTRATION
OFFICE OF THE CHIEF COUNSEL
ENFORCEMENT DIVISION

| | |
|---|---|
| IN THE MATTER OF THE INVESTIGATION RELATING TO UAS FLIGHT OPERATIONS CONDUCTED BY CORVUS EYE PRODUCTIONS LLC | SUBPOENA DUCES TECUM |

TO:   Jeremiah Kaynor
      Executive Producer & CEO
      Corvus Eye Productions LLC
      7824 East Fir Street
      Port Orchard, WA 98366

At the instance of the Federal Aviation Administration, you are hereby required to produce records or documents required for the subject investigation.

## AUTHORITY

This subpoena is issued pursuant to the provisions of 14 Code of Federal Regulations (C.F.R.) Section 13.3, and is authorized under the provisions of 49 United States Code (U.S.C.) Sections 40113(a), 46101, 46104, 46313, and is judicially enforceable under 49 U.S.C. Section 46104(b). Moreover, refusal to comply with this subpoena may result in criminal prosecution pursuant to 49 U.S.C. Section 46313.

## DEFINITION OF "DOCUMENTS" AND/OR "RECORD"

For the purposes of this subpoena, "documents" or "records" means information stored in any form; any written, recorded or graphic matter, however produced or reproduced; and copies and drafts thereof, and may include correspondence; telegrams; electronic mail; memoranda; reports; notes; drafts; minutes; contracts; agreements; books; records; vouchers; invoices; purchase orders; diaries; logs; computer printouts; memory programs; information stored in computer application, in whatever form; backup materials of any kind; card files; press clippings; newspapers or newsletters; sworn or unsworn statements or employees; lists; audits; deposit slips or cancelled checks; monthly or other periodic statements; ledgers; journals; notices; affidavits; court papers; appointment books; minutes or records of conferences or telephone calls; receipts; written reports or opinions of investigators or experts; status reports; drawings; charts; photographs; or recordings within your possession, or subject to your control, of which you have knowledge, or to which you now have, or have had access, or of which any of your agents, attorneys, accountants, or consultants have knowledge.

**RECORDS OR DOCUMENTS TO BE PRODUCED:**

Any and all records or reports in your custody or control related in any manner to UAS operations conducted by Corvus Eye Productions LLC, including but not limited to:

1) All unmanned aircraft systems (UAS) operations conducted by Corvus Eye Productions LLC pursuant to FAA Exemption No. 11890.

2) All solicitation for business by Corvus Eye Productions LLC for operations to be conducted pursuant to FAA Exemption No. 11890.

3) All aerial photography and/or videography obtained through the use or assistance of any UAS operated by Corvus Eye Productions LLC pursuant to FAA Exemption No. 11890.

4) All compensation received relating to UAS operations conducted by Corvus Eye Productions LLC pursuant to FAA Exemption No. 11890.

5) All contracts and invoices involving the use of any UAS operated by Corvus Eye Productions LLC pursuant to FAA Exemption No. 11890, including all contracts with UAS operators.

6) The name and contact information for each UAS operator that Corvus Eye Productions LLC utilized, hired, or contracted with for operations conducted pursuant to FAA Exemption No. 11890.

7) Copies of the FAA issued airman certificate for each UAS operator that Corvus Eye Productions LLC utilized, hired, or contracted with for operations conducted pursuant to FAA Exemption No. 11890.

8) The brand, model, description, FAA registration number, and other identifying data concerning any UAS that Corvus Eye Productions LLC used for any operation pursuant to FAA Exemption No. 11890.

9) All copies of FAA Exemption No. 11890 provided to any person or entity that utilized, hired, contracted with or purchased services relating to Corvus Eye Productions LLC UAS operations.

10) All Corvus Eye Productions LLC UAS operations conducted from a moving vehicle.

11) All Corvus Eye Productions LLC UAS operations conducted at night.

12) All Corvus Eye Productions LLC UAS operations involving UAS weighing 10 pounds or less conducted within 500 feet of non-participating persons.

13) All Plan of Activities submitted by Corvus Eye Productions LLC to any FAA Flight Standards District Office.

**DEADLINE FOR RECEIPT BY THE FAA OF RECORD PRODUCTION:**

April 28, 2017.

**PLACE FOR PRODUCTION OF RECORDS:** The specified records must be mailed or hand-delivered or otherwise produced to Charles Raley, C/o Lisa Melanson, FAA Enforcement Division, Western Team, 1200 District Avenue, Burlington, MA 01803.

The undersigned, an officer designated by the Administrator of the Federal Aviation Administration, executed this subpoena in Washington, D.C., this 23rd day of March, 2017.

NAOMI CAROL TSUDA
Digitally signed by NAOMI CAROL TSUDA
Date: 2017.03.23 16:31:55 -04'00'

Naomi Tsuda
Assistant Chief Counsel for Enforcement

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Subpoena has been served to Corvus Eye Productions LLC via Federal Express and Certified Mail, Return-Receipt Requested, on this date, to the following:

Jeremiah Kaynor
Executive Producer & CEO
Corvus Eye Productions LLC
7824 East Fir Street
Port Orchard, WA 98366

Dated this 24th day of March, 2017.

_____
Federal Aviation Administration

*[Return receipt card, rotated sideways on page]*

**SENDER: CO**[MPLETE...]
- Complete ite[m...]
- Print your na[me...]
- so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jeremiah Raynor
Executive Producer & CEO
Corvus Eye Productions
7824 East Fir Street
Port Orchard, WA 98366
Supen for CR 1AM 3/24/17

9590 9402 1319 5285 2085 23

2. Article Number (Transfer from service label)
7015 0640 0005 9480 6199

PS Form 3811, July 2015 PSN 7530-02-000-9053

[ ] Agent
[ ] Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  [ ] Yes
   If YES, enter delivery address below:       [ ] No

3. Service Type
[ ] Adult Signature
[ ] Adult Signature Restricted Delivery
[ ] Certified Mail®
[ ] Certified Mail Restricted Delivery
[ ] Collect on Delivery
[ ] Collect on Delivery Restricted Delivery
[ ] Insured Mail
[ ] Insured Mail Restricted Delivery

[ ] Priority Mail Express®
[ ] Registered Mail™
[ ] Registered Mail Restricted Delivery
[ ] Return Receipt for Merchandise
[ ] Signature Confirmation™
[ ] Signature Confirmation Restricted Delivery

Domestic Return Receipt

*[Handwritten:]* Fed Ex No. 9824 8740 8/09